United States District Court
Southern District of Texas
**ENTERED**
April 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATTI HARPER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-2305 |
| | § | |
| CONN APPLIANCES, INC. | § | |
| Defendant | § | |

## ORDER

Pursuant to the parties' Stipulation of Dismissal [Doc. # 13] and Federal Rule of Civil Procedure 41(a), it is

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and expenses.

SIGNED at Houston, Texas, this 27th day of **April, 2017**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE

P:\ORDERS\11-2016\2305Dismissal.wpd   170427.0928